## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 2:18-cv-00455-JDL ) |
| MORTGAGE LENDERS NETWORK USA, INC., | ) ) ) |
| Defendant. | ) |

### ORDER

A telephonic conference in this matter was held on April 16, 2019, at which Attorneys Morgan T. Nickerson and Jack S. Brodsky appeared for the Plaintiff, U.S. Bank National Association. As discussed, there is an undecided question of Maine law that is central to the resolution of this case, and that legal issue is currently presented in a case before the Law Court in *Beal Bank USA v. New Century Mortgage Corporation*, Maine Superior Court No. RE-16-109.

It is therefore **ORDERED** that this matter is stayed until the Court receives a status update from counsel for U.S. Bank National Association, which shall be filed no later than 7 days after the Law Court issues its decision in *Beal Bank USA v. New Century Mortgage Corporation*.

**SO ORDERED.**

Dated this 17th day of April, 2019.

                                                        /s/ JON D. LEVY
                                            CHIEF U.S. DISTRICT JUDGE